**Order issued May 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-00985-CR
_____

**TRACY LYNN SIMS, JR., Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Lang, Myers, and Evans

Based on the Court's opinion of this date, we **GRANT** the January 25, 2012 motion of

Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the

Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We

**DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to

Tracy Lynn Sims, Jr., TDCJ No. 1798759, Bradshaw State Jail, P.O. Box 9000, Henderson,

Texas, 75653.

/David W. Evans/
DAVID W. EVANS
JUSTICE